1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | FRANK D. KORTUM
Assistant United States Attorney
6 | Asset Forfeiture Section
California Bar No. 110984
7 |      United States Courthouse
      312 North Spring Street, Suite 1400
8 |      Los Angeles, California 90012
      Telephone: (213)894-5710
9 |      Facsimile: (213)894-7177
      E-Mail:   Frank.Kortum@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

12 |                    UNITED STATES DISTRICT COURT

13 |              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 |                       WESTERN DIVISION

15 | UNITED STATES OF AMERICA,        )    NO.   SACV 06-904-AG (ANx)
                                     )
16 |          Plaintiff,             )
                                     )
17 |          v.                     )    **CONSENT JUDGMENT OF FORFEITURE**
                                     )
18 | $1,346,986.44 IN PROCEEDS FROM  )
WACHOVIA SECURITIES ACCOUNTS,    )
19 |                                 )
          Defendant.                )
20 |                                 )
                                     )
21 | EVERGREEN TRUST,                )
                                     )
22 |          Claimant.              )
                                     )
23 | _____)

24 |      On September 26, 2006, plaintiff United States of America

25 | ("the United States of America") filed a Verified Complaint for

26 | Forfeiture alleging that the defendant $1,346,986.44 in proceeds

27 | from Wachovia Securities accounts (the "defendant funds") is

28 | subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) & (C).

1   On October 6, 2006, a First Amended Complaint was filed

2   alleging the defendant funds are subject to forfeiture pursuant

3   to 18 U.S.C. § 981(a)(1)(A) & (C).

4   Claimant Evergreen Trust ("claimant") filed a claim on or

5   about November 1, 2006.  No Answer was filed by Evergreen Trust.

6   No other parties have appeared in this case and the time for

7   filing claims and answers has expired.  Claimant is relieved of

8   his obligation to file any additional claims or answers.

9   Pursuant to paragraph 15.h. of the plea agreement in United

10  States v. Wilson, SACR 09-00097 DOC, defendant Blake Wilson

11  agreed to execute a written consent judgment of forfeiture in

12  this action.  A copy of the plea agreement is attached hereto as

13  Exhibit "A."

14  The United States and claimant have now agreed to settle

15  this action and to avoid further litigation by entering into this

16  Judgment of Forfeiture.

17  The Court having been duly advised of and having considered

18  the matter, and based upon the mutual consent of the parties

19  hereto,

20  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

21  1.   This Court has jurisdiction over the subject matter of

22  this action and the parties to this Partial Consent Judgment of

23  Forfeiture.

24  2.   The Complaint for Forfeiture states a claim for relief

25  pursuant to 21 U.S.C. § 881(a)(6).

26  3.   Notice of this action has been given as required by

27  law.  No appearances have been made in this case by any person

28  other than claimant.  The Court deems that all other potential

2

1  claimants admit the allegations of the Complaint for Forfeiture

2  to be true.

3      4.    Claimant shall forfeit the following: $1,205,515.71  in

4  bank funds (CATS ID # 08-IRS-00395); $140,480.54 in bank funds

5  (CATS ID # 06-IRS-000492); $980.48 in bank funds (CATS ID # 06-

6  IRS-00496); and $9.80 in bank funds (CATS ID # 06-IRS-00496) to

7  the United States of America.  The custodian of the defendants is

8  ordered to dispose of the funds forfeited to the United States

9  plus all interest earned in accordance with law.

10     5.    Claimant hereby releases the United States of America,

11 its agencies, agents, officers, employees and representatives,

12 including, without limitation, all agents, officers, employees

13 and representatives of the Internal Revenue Setrvice and the

14 Department of Justice and their respective agencies, as well as

15 all agents, officers, employees and representatives of any state

16 or local governmental or law enforcement agency involved in the

17 investigation or prosecution of this matter, from any and all

18 claims, actions, or liabilities arising out of or related to this

19 action, including, without limitation, any claim for attorney

20 fees, costs, and interest, which may be asserted by or on behalf

21 of claimant.

22     6.    The Court finds that there was reasonable cause for the

23 seizure of the defendants and institution of these proceedings.

24 This judgment shall be construed as a certificate of reasonable

25 cause pursuant to 28 U.S.C. § 2465.

26 //

27 //

28

1       7.    The Court further finds that claimant did not

2   substantially prevail in this action, and each of the parties

3   hereto shall bear their own attorney fees and costs.

4       8.    The Court shall maintain jurisdiction in this case for

5   the purpose of effectuating the terms of this Consent Judgment of

6   Forfeiture.

7

8   DATED:January 24, 2012    _____

9                              THE HONORABLE ANDREW J. GUILFORD
                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                               CONSENT

2       The parties hereto consent to the above Consent Judgment of

3  Forfeiture and waive any right of appeal.

4

5  DATED: October ___, 2011        ANDRÉ BIROTTE JR.
                                   United States Attorney
6                                  ROBERT E. DUGDALE
                                   Assistant United States  Attorney
7                                  Chief, Criminal Division
                                   STEVEN R. WELK
8                                  Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
9

10                                 _____/s/_____
                                   FRANK D. KORTUM
11                                 Assistant United States Attorney

12                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
13

14

15 DATED: October ___, 2011

16

17                                 _____/s/_____
                                   PAUL GABBERT, ESQ.
                                   Attorney for Claimant
18                                 EVERGREEN TRUST

19

20

21

22

23

24

25

26

27

28

                                     5